

# NUMBERS 13-21-00387-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**JESUS ABIDES CAMPOS,** **Appellant,**

**v.**

**THE STATE OF TEXAS,** **Appellee.**

---

### On appeal from the 92nd District Court
### of Hidalgo County, Texas.

---

# ORDER

**Before Chief Justice Contreras and Justices Longoria and Tijerina**
**Order Per Curiam**

This cause is before the Court on its own motion. On June 9, 2022, the Court granted appellant's motion to access state's exhibits. On June 10, 2022, the Clerk of the Court electronically delivered state's exhibits 32, 33, and 2; however, state's exhibits number 3 and 5 were not able to be electronically delivered. A digital disc copy of the exhibits which were not able to be transferred electronically has now been created.

Accordingly, the Clerk of the Court shall mail the digital disc copy which contains state's exhibits 3 and 5 to the Honorable Niles Illich on this date; and, the Honorable Niles Illich is hereby ordered to return the disc copies to this Court on or before August 12, 2022.

Additionally, the Honorable Niles Illich may file an amended brief, if any, on or before August 12, 2022, and the State's brief shall remain due on or before August 20, 2022.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
29th day of July, 2022.